IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRANDON CRIDER,** § § | |
| Plaintiff, § § | |
| v. § | No. 3:22-CV-2415 |
| § § | |
| **EUGENIA FOUST,** § § | |
| Defendant. § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Eugenia Foust provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

**NONE.**

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

**DEFENDANT EUGENIA FOUST.**

**PLAINTIFF BRANDON CRIDER.**

**DUNCAN STRICKLAND, Attorney for Brandon Crider.**

DATED: February 10, 2023

        Respectfully submitted,

        Geoffrey N. Courtney
        State Bar No. 00790514
        ATTORNEY AT LAW
        111 Soledad St., Suite 540
        San Antonio, Texas  78205-1531
        (210) 227-7121 - Telephone
        (210) 227.0732 - Facsimile
        GNCourtney@GNCourtney.com

        _____
        GEOFFREY N. COURTNEY

        James C. Harrington
        Texas Bar No. 09048500
        5304 Halmark Drive
        Austin, TX 78723
        (512) 771-1759 - Telephone
        jim.harrington.austin@gmail.com

        **ATTORNEYS FOR DEFENDANT**

        Eliot Shavin
        State Bar No. 18138200
        Corinna Chandler
        State Bar No. 24061272
        CHANDLER & SHAVIN, PLLC
        12377 Merit Drive, Suite 880
        Dallas, Texas 75251
        (214) 522-2010 - Telephone
        Shavin@chandlershavin.com
        **LOCAL COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 10th day of February 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

 Duncan Strickland
 Counsel for Plaintiff
 State Bar No.: 24072374
 13423 Blanco Road, #936
 San Antonio, TX 78216
 Telephone: (210) 504-7874
 Facsimile: (832) 218-4317
 E-mail: Duncan@StricklandLawFirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

 NONE.

            /s/ Geoffrey N. Courtney
            GEOFFREY N. COURTNEY